

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2016

No. 04-16-00265-CV

**IN RE** ANDREW LOUIS **SANTOS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

On May 2, 2016, real party-in-interest filed a response to the petition for writ of mandamus in this case which included a motion for sanctions. The court has considered the motion and is of the opinion that real party-in-interest is not entitled to the relief sought. Accordingly, the motion for sanctions is DENIED. *See* TEX. R. APP. P. 52.11.

It is so **ORDERED** on May 11, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-18709, styled *In the Interest of A.G.S., A Child*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb, III presiding.